# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOLIN LI and LAN XU,<br><br>        Plaintiffs,<br>   vs.<br>MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services,<br><br>        Defendants. | CASE NO. 07cv0897 WQH (POR)<br><br>**ORDER** |

HAYES, Judge:

The Joint Motion to Dismiss the Complaint as Moot (Doc. # 8) is **GRANTED.** The above-captioned case is **DISMISSED as moot.** The parties shall bear their own fees and costs.

DATED: January 23, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge